UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY BROWN #281484,

      Plaintiff,                      Case No. 1:19–cv–634

      v.                            Hon. Janet T. Neff

UNKNOWN SCHULTZ,

      Defendant.
_____/

## ORDER

The Court has before it Defendant's motion to stay merits discovery pending a decision on Defendant's concurrently–filed motion for summary judgment based on failure to exhaust. Because a decision on the exhaustion motion could obviate the need for further merits discovery, Defendant's motion (ECF No. 33) is GRANTED. Merits discovery is therefore stayed pending a decision on Defendant's exhaustion motion.

IT IS SO ORDERED.

Dated:  March 11, 2021                /s/ Sally J. Berens
                                  SALLY J. BERENS
                                  U.S. Magistrate Judge