UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
August 8, 2022 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 8-9

Henry Brown #281484,

    Plaintiff,

-vs-

J. Schultz,

    Defendant.

Case No: 1:19-cv-634

Honorable Janet T. Neff

## PLAINTIFF'S MOTION IN LIMINE
### TO EXCLUDE PAST MISCONDUCT, CRIMES, AND LITIGATION

Plaintiff Henry Brown (hereinafter "Plaintiff"), in pro per, moves, under Federal Rules of Evidence 401, 402, 403, and 404 for an order excluding all evidence or argument regarding his past crimes, past prison misconducts (save one), and past civil litigation. Plaintiff relies on the attached brief and arguments in support.

Respectfully submitted,

August 3, 2022

Henry Brown # 281484
In Pro Per
Woodland Center Correctional Facility
9036 East M-36
Whitmore Lake, MI. 48189

Henry Brown #281484
Woodland Center Correctional Facility
9036 East M-36
Whitmore Lake, M.I. 48189



Clerk of the Court
United States District Court
399 Federal Building
110 Michigan, N.W.
Grand Rapids, M.I. 49503-2363