UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
August 8, 2022 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW 8-9

Henry Brown #281484,

    Plaintiff,

-vs-

J. Schultz,

    Defendant.

Case No: 1:19-cv-634

Honorable Janet T. Neff

## PLAINTIFF'S MOTION REQUESTING AN ORDER STATING HOW THE DEPOSITION WILL BE TAKEN

Plaintiff Henry Brown (hereinafter "Plaintiff"), in pro per, respectfully requests that this Honorable Court order how the deposition of Defendant Jamie Schultz will be taken for the reasons and good cause set forth in the accompanying brief.

Plaintiff is requesting that this Court order how the deposition of defendant can possibly be taken.

Respectfully submitted,

August 3, 2022

Henry Brown # 281484
In Pro Per
Woodland Center Correctional Facility
9036 East M-36
Whitmore Lake, MI. 48189

Henry Brown #281484
Woodland Center Correctional Facility
9036 East M-36
Whitmore Lake, M.I. 48189



Clerk of the Court
United States District Court
399 Federal Building
110 Michigan, N.W.
Grand Rapids, M.I. 49503-2363